UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TERRENCE BOWSER,

    Petitioner,

v.

JERRY HOWELL, *et al.*,

    Respondents.

Case No. 2:20-cv-00863-KJD-DJA

**ORDER**

In this case, on May 11, 2020, Terrence Bowser, who is apparently incarcerated at Nevada's Southern Desert Correctional Center, submitted a petition for writ of habeas corpus (ECF No. 1-1).

Bowser did not pay the filing fee for this action, and he did not file an application to proceed *in forma pauperis*. Therefore, this action will be summarily dismissed without prejudice.

Bowser may seek to initiate a new habeas action, by filing a petition for writ of habeas corpus, along with payment of the $5 filing fee or an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send to the petitioner two copies of the form for a habeas corpus petition and two copies of the form for an application to proceed *in forma pauperis*.

DATED THIS 14 day of May, 2020.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE