UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE BOWSER,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-00863-KJD-DJA<br><br>**ORDER** |

In this case, on May 11, 2020, Terrence Bowser, who is apparently incarcerated at Nevada's Southern Desert Correctional Center, submitted a petition for writ of habeas corpus (ECF No. 1-1). The Court's records indicate that Bowser did not pay the filing fee for this action, and he did not file an application to proceed *in forma pauperis*. Therefore, this action was dismissed without prejudice. *See* Order entered May 14, 2020 (ECF No. 3); Judgment (ECF No. 4).

On May 20, 2020, the Court received from Bowser a letter (ECF No. 5) stating that he believes the filing fee was paid and requesting that the case be reopened. The Court treats this letter as a motion for reconsideration of the order dismissing the action. The Court will deny this motion; the Court's records indicate that Bowser did not pay the filing fee.

Again, Bowser may seek to initiate a new habeas corpus action, by filing a petition for writ of habeas corpus, along with payment of the $5 filing fee or an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that the Bowser's letter received May 20, 2020, is treated as a motion for reconsideration and is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send to the petitioner two copies of the form for a habeas corpus petition, two copies of the form for an application to proceed *in forma pauperis*, and a copy of the petition received at the Court on May 11, 2020 (ECF No. 1-1).

DATED THIS 21 day of May, 2020.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE